138

136 So.2d 186

**M. G. TEMME et al., Members of City Council of Bayou La Batre**

v.

**STATE ex rel. C. Leon McGALLAGHER et al.**

**I Div. 950.**

Supreme Court of Alabama.

Dec. 21, 1961.

Vincent F. Kilborn, Mobile, for appellant O. J. Bosarge.

M. A. Marsal, Mobile, for appellees.

STAKELY, Justice.

This is an appeal from a ruling on mandamus. It is complementary to the appeal taken in McGallagher v. Bosarge, ante, p. 133, 136 So.2d 181, this day decided.

In view of our decision in that case the question in the instant case has become moot. Accordingly this appeal is dismissed.

Appeal dismissed.

LIVINGSTON, C. J., and LAWSON and MERRILL, JJ., concur.